JS-6

EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (Cal. Bar No. 283078)
Assistant United States Attorney
    300 N. Los Angeles Street
    Federal Building, Suite 7211
    Los Angeles, CA 90012
    Telephone:    (213) 894-2740
    Facsimile:    (213) 894-0115
    Email: charles.parker@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MORDECHAI BOROCHOV,<br><br>        Defendant. | Case No. 2:16-CV-00530 AB (PJWx)<br><br>[~~PROPOSED~~] ORDER FOR ENTRY OF JUDGMENT |

Based on the stipulation between plaintiff United States of America ("United States") and defendant Mordechai Borochov ("Defendant"), and for good cause appearing herein:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. On January 25, 2016, the United States filed its Complaint to Reduce FBAR Penalty Assessments to Judgment ("Complaint") against Defendant.  (Dkt. No. 1).

**First Cause of Action: Reduce Federal Tax Assessments to Judgment against**

**Defendant Mordechai Borochov**

**(Stipulated between the United States and Mordechai Borochov)**

2. The first cause of action in the Complaint is to reduce to judgment assessments made against Defendant for his failure to file Treasury Form TD F 90-22.1,

1

Report of Foreign Bank and Financial Accounts ("FBAR"), for the years 2006 through 2009.

3. During the years 2006 through 2009, Defendant, a United States citizen, had a financial interest, signatory authority and/or otherwise controlled a UBS bank account in Switzerland ("Swiss bank account"). During each of the years 2006 through 2009, Defendant's Swiss bank account had a balance that exceeded $10,000.

4. Defendant was required by law to file an FBAR reporting his financial interest in his foreign Swiss bank account for the years 2006 through 2009. Defendant failed to timely disclose his financial interest in his foreign bank account. Furthermore, to date, Defendant has failed to file FBARs for years 2006 through 2009.

5. On January 31, 2014, the IRS assessed Defendant with three $10,000 penalties for his failure to file FBARs for years 2006 through 2008 and a $5,000 penalty for his failure to file an FBAR for year 2009.

6. Interest has accrued on the penalty as provided by law and remains unpaid. As of January 11, 2016, the unpaid balance owed to the United States for the penalties and interest is $39,765.75.

7. The United States is entitled to a judgment against Defendant in the amount of $39,765.75, plus additional accruing interest, penalties and fees as provided by law.

8. The United States agrees to bear its own costs and attorney's fees against Defendant and Defendant agrees to bear his own costs and attorney's fees as against the United States.

All causes of action contained in the Complaint are hereby resolved and there are no remaining issues for trial. IT IS SO ORDERED.

Dated: May 3, 2016

HON. ANDRÉ BIROTTE JR.
United States District Judge

Respectfully presented,

EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____/s/_____
CHARLES PARKER
Assistant United States Attorney
Attorneys for the United States of America